IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MARY LEE SHARRER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
and
UNITED STATES POSTAL SERVICE,
and
WALTER SOVA,

    Defendants.

Case No. 7:18-cv-356

By:  Michael F. Urbanski
Chief United States District Judge

### ORDER

This matter comes before the court on defendant the United States of America's ("United States") motion to dismiss all claims against it and defendant United States Postal Service ("USPS"), ECF No. 20, and defendant Walter Sova's ("Sova") motion to dismiss all claims against him, ECF No. 38. For the reasons explained in its accompanying Memorandum Opinion, the court **GRANTS** the United States' motion, ECF No. 20, and **DISMISSES** both claims against the United States and USPS with leave to amend, but **DENIES** Sova's motion, ECF No. 38. Count One as it applies to Sova is thus retained.

It is so **ORDERED**.

Entered: This 26 day of March, 2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge